David E. FISCHER, Appellant,

v.

Michael HOLDREN, Police Officer; Shane Sandridge, Police Officer; John Doe, employee(s) or agent(s) of Kansas City Police Department; Richard D. Easley, Chief of Police, Appellees,

City of Kansas City, Missouri, Defendant,

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

Kansas City Board of Police Commissioners; Steve Martel, doing business as The Levee; Karl Zobrist; Javier Perez; Dennis Eckold; Kay Barnes, Mayor, Appellees.

No. 03–1117.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 13, 2003.

Decided Oct. 23, 2003.

Timothy M. Walters, David E. Fischer, Kansas City, MO, for Plaintiff–Appellant.

Dale H. Close, Loren G. Rea, Kansas City, MO, for Defendants–Appellees.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

David Fischer appeals from the district court's [1] order (1) declining to reconsider the denial of his request to continue the scheduled trial date in his civil rights action; (2) denying his motion to disqualify Judge Wright; and (3) dismissing his case with prejudice for failure to submit pretrial filings.

Because Fischer appeals only from the order dismissing Michael Holdren and Shane Sandridge, we dismiss the appeal as to all other listed appellees. As to the order appealed, we have carefully reviewed the record and the parties' briefs, and we find no abuse of discretion. Accordingly,

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

we dismiss in part, and affirm. *See* 8th Cir. R. 47B.